UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LYNDON F. FRINK, *as Trustee for the United States Living Trust #LFF39472*<br>Plaintiff, | ) | |
| v. | ) | **JUDGMENT**<br>No. 7:18-CV-185-FL |
| DEUTSCHE NATIONAL BANK TRUST COMPANY, *As Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1*<br>Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 4, 2019, and for the reasons set forth more specifically therein, this case is dismissed for failure to respond to the clerk's notice entered 1/14/19.

**This Judgment Filed and Entered on February 4, 2019, and Copies To:**
Lyndon F. Frink (via US mail) 5325 Willie Frink Road, NW, Ash, NC 28420

February 4, 2019

PETER A. MOORE, JR. CLERK
/s/ Sandra K. Collins
(By) Sandra K. Collins, Deputy Clerk